UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: _____

SUZIE MAE WIGGINS,

    Plaintiff,

v.

PUBLIX SUPER MARKETS, INC.,

    Defendant.

**NOTICE OF REMOVAL OF DEFENDANT PUBLIX SUPER MARKETS, INC.**

Pursuant to 28 U.S.C. §§ 1331, 1441, 1446, and 1447, Defendant Publix Super Markets, Inc. ("Publix"), hereby gives notice of removal of the case styled *Suzie Mae Wiggins v. Publix Super Markets, Inc.*, Case No. 2019-008380-CA-01, currently pending in the Circuit Court for the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division. As grounds, Publix states:

1. On or about March 18, 2019, Plaintiff Suzie Mae Wiggins ("Plaintiff") initiated the State Court Action. A Summons and Complaint were served on Defendant on April 11, 2019. Pursuant to 28 U.S.C. § 1446(b), Defendant has timely filed this Notice of Removal within 30 days after receipt of a copy of Plaintiff's initial pleading. Pursuant to 28 U.S.C. § 1446(a), a true and legible copy of all process, pleadings, motions, and orders then on file in the State Court Action is attached as Exhibit "A." No further proceedings have occurred in the State Court Action.

2. Removal to this Court is proper under 28 U.S.C. § 1446(a) because the United States District Court for the Southern District of Florida, Miami Division, is the district and

division within which the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, is located.

3. Plaintiff's Complaint seeks damages, under the Family Medical Leave Act, 29 U.S.C. §§ 2601 *et seq.* ("FMLA").  Thus, this Court has original jurisdiction over this action based on a federal question pursuant to 28 U.S.C. § 1331, and this case is properly removable under 28 U.S.C. § 1441(a).

4. The other claims asserted in Plaintiff's Complaint arise out of the same case or controversy -- Plaintiff's employment with Defendant -- and therefore fall within the Court's supplemental jurisdiction, and removal of the entire case is proper.  *See* 28 U.S.C. § 1367(a) ("[I]n any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related ... that they form part of the same case or controversy under Article III of the United States Constitution."); *see also* 28 U.S.C. § 1441(c) (providing for removal of entire case).

5. Written notice of the filing of this Notice of Removal will be given to the adverse party as required by law.

6. A true and correct copy of this Notice of Removal will be promptly filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, as provided by law, a copy of which is attached hereto as Exhibit "B".

7. Venue is proper in this Court pursuant to 28 U.S.C. §1391(b) and the Local Rules of the United States District Court for the Southern District of Florida.

8. This Notice is being filed within thirty (30) days after of receipt of the Complaint by Defendant and is timely filed under 28 U.S.C. § 1446(b).

WHEREFORE, Defendant Publix Super Markets, Inc. gives notice that the above action now pending against it in the Circuit Court for the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, is removed therefrom to this Court.

Respectfully submitted,

*/s/Edmund J. McKenna*
Edmund J. McKenna
Florida Bar No. 845922
Adriana S. Barnette
Florida Bar No. 096270
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
100 North Tampa Street, Suite 3600
Tampa, FL 33602
Tel. (813) 289-1247
Fax (813) 289-6530
E-mail: edmund.mckenna@ogletree.com
E-mail: adriana.barnette@ogletree.com
*Attorneys for Publix Super Markets, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I filed the foregoing with the Clerk using the CM/ECF System, which will send a notice of electronic filing to:

Anthony M. Georges-Pierre
Max L. Horowitz
**REMER & GEORGES-PIERRE, PLLC**
Courthouse Tower
44 West Flagler Street,. Suite 2200
Miami, FL 33130
*Attorneys for Plaintiff*

on this 30th day of April, 2019.

*/s/Edmund J. McKenna*
Attorney

38025626.1

3